UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | | |
|---|---|---|
| WATERFORD TOWNSHIP GENERAL | ) | |
| EMPLOYEES RETIREMENT SYSTEM, | ) | |
| Individually and on Behalf of All Others | ) | |
| Similarly Situated, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:09-CV-0617-TWT |
| | ) | |
| vs. | ) | |
| | ) | |
| SUNTRUST BANKS, INC., SUNTRUST | ) | |
| BANK, JAMES M. WELLS III, WILLIAM | ) | |
| H. ROGERS, JR. and MARK A. CHANCY, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Having heard the motion of Waterford Township General Employees Retirement System ("Waterford ERS") for appointment as lead plaintiff and approval of selection of counsel, the Memorandum of Law in support thereof, the Declaration of Paul O. Paradis in support of the motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. This order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with this Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 1:09-CV-0617 (TWT). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket. An original of this Order shall be filed by the Clerk in the Master File.

4. Counsel of record in this Action will be served electronically through the Court's ECF system with a copy of this order.

5. Every pleading in this Action shall have the above caption.

6. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Action.

7. When a case that arises out of the same subject matter of the Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

       A.    File a copy of this Order in the separate file for such action;

       B.    Serve an electronic copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

       C.    Make the appropriate entry in the Master Docket for the Action.

8. Each new case that arises out of the subject matter of the Action which is filed in this Court or transferred to this Court, shall be consolidated with the Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on

counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such an application.  Nothing in the forgoing shall be construed as a waiver of the defendants' right to consolidation of any subsequently-filed or transferred related actions.

9. Waterford ERS is appointed to serve as lead plaintiff in the above-captioned action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

10. Horwitz, Horwitz & Paradis, Attorneys at Law, is hereby approved as lead counsel for the Class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Lead counsel shall have the exclusive authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort, and to perform such other duties as may be expressly authorized by and further ordered by this Court.

11. Cohen Cooper Estep & Allen is hereby approved as Liaison Counsel for the

Class.


IT IS SO ORDERED.

DATED:8/28/09                    /s/Thomas W. Thrash
                                  Hon. Thomas W. Thrash, Jr.
                                  U.S. DISTRICT JUDGE