UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

WATERFORD TOWNSHIP GENERAL    )
EMPLOYEES RETIREMENT SYSTEM,   )
Individually and on Behalf of All Others    )
Similarly Situated,    )
    )    Civil Action No.
            Plaintiff,    )    1:09-CV-0617-TWT
    )
        vs.    )
    )
SUNTRUST BANKS, INC., SUNTRUST    )
BANK, JAMES M. WELLS III, WILLIAM )
H. ROGERS, JR. and MARK A. CHANCY, )
    )
    )
            Defendants.    )
_____)

## SECOND CONSENT AMENDED SCHEDULING ORDER

**BEFORE THE COURT** is the Plaintiffs' request, with the consent of the

Defendants, to amend the Court's October 14, 2009 Scheduling Order.  Upon

consideration, it is

**ORDERED AND ADJUDGED** that:

1.  This Second Consent Amended Scheduling Order (modifying the

    Court's October 14, 2009 Order) is approved.

2. Lead plaintiff shall have an additional 9 days, that is until December 23, 2009, to file and serve a Consolidated Complaint;

3. Defendants shall have until February 23, 2010 to respond to lead plaintiff's Consolidated Complaint;

4. In the event Defendants move to dismiss the Consolidated Complaint, lead plaintiffs shall have until April 26, 2010 within which to file and serve any opposition to Defendants' motion(s) to dismiss; and

5. Defendants shall have until May 26, 2010 within which to file and serve any reply in support of any motion(s) to dismiss.

6. All discovery related deadlines under the Local Rules (including deadlines for conducting Rule 26(f) discovery planning conference, exchanging initial disclosures, and filing the Joint Preliminary Report and Discovery Plan) shall be stayed pending the outcome of the motion(s) to dismiss.

**DONE AND ORDERED**, in Chambers at Atlanta, Georgia.

DATED: 12/8/09                              /s/Thomas W. Thrash
                                           Hon. Thomas W. Thrash, Jr.
                                           U.S. DISTRICT JUDGE

Order Submitted by:

 _s/Steven J. Estep_____
Steven J. Estep
Georgia Bar No. 250450
Cohen, Cooper, Estep & Allen
3350 Riverwood Pkwy., Suite 2220
Atlanta, Georgia 30339
Tel: (404) 814-0000
Fax: (404) 816-8900

*Liaison Counsel for Plaintiffs*

Frank R. Schirripa
Horwitz, Horwitz & Paradis
405 Lexington Ave.
61st Floor
New York, New York 10174

*Lead Counsel for Plaintiffs*

Consented to:

s/J. Timothy Mast
J. Timothy Mast (by SJE w/permission)
Georgia Bar No. 476199
Troutman Sanders LLP
600 Peachtree St., NE, Suite 5200
Atlanta, Georgia 30308
Tel: (404) 885-3000
Fax: (404) 962-6796
*Attorney for Defendants*