IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS, INC., JAMES M. WELLS III, and MARK A. CHANCY,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:09-CV-0617-TWT |

## DEFENDANTS' MOTION TO DISMISS

               J. TIMOTHY MAST
               Georgia Bar No. 476199
               THOMAS B. BOSCH
               Georgia Bar No. 068740
               TROUTMAN SANDERS LLP
               Suite 5200, Bank of America Plaza
               600 Peachtree Street, N.E.
               Atlanta, GA  30308-2216
               (404) 885-3000 (voice)
               (404) 885-3900 (facsimile)

               Attorneys for Defendants

## MOTION TO DISMISS

Defendants SunTrust Banks, Inc., James M. Wells, III, and Mark A. Chancy (the "**Defendants**") by and through their undersigned counsel, move to dismiss in its entirety Lead Plaintiffs' First Amended Class Action Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

For the reasons set forth in the Memorandum of Law in Support of Defendants' Motion, filed contemporaneously herewith, Defendants respectfully request that the Court grant their Motion and dismiss the First Amended Class Action Complaint with prejudice.

Respectfully submitted, this 23rd day of February, 2010.

TROUTMAN SANDERS LLP

*/s/ Thomas B. Bosch*
J. TIMOTHY MAST
Georgia Bar No. 476199
tim.mast@troutmansanders.com
THOMAS B. BOSCH
Georgia Bar No. 068740
tom.bosch@troutmansanders.com

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3900 (facsimile)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEFENDANTS' MOTION TO DISMISS was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 23rd day of February, 2010.

                                                                                   */s/ Thomas B. Bosch*
                                                                                    THOMAS B. BOSCH
                                                                                    Georgia Bar No. 068740