**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Waterford Township General Employees Retirement System,<br>Plaintiff,<br>vs.<br>SunTrust Banks, Inc. et al.,<br>Defendants. | CIVIL ACTION FILE<br>NO. 1:09-cv-617-TWT |

**J U D G M E N T**

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 20th day of August, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: s/Cynthia Mercado
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 20, 2010
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
Deputy Clerk